**E-FILED**
Wednesday, 01 September, 2004 01:26:38 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
Urbana Division

| | |
|---|---|
| **MICHELLE M. WALDEN,** ) | |
|               **Plaintiff,** ) | |
| **v.** ) | **Case No. 04-2066** |
| **UNITED STATES POSTAL SERVICE,** ) | |
|               **Defendant.** ) | |

## DISCOVERY ORDER

A discovery conference was held **August 26, 2004**, pursuant to FRCP 16 and local rule 16.2(A). The conference was held by telephone conference call pursuant to local rule 16.2(C). Plaintiff appeared by Robert I. Auler. Defendant was represented by David H. Hoff. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **November 1, 2004.**

2. The deadline for joining additional parties is **November 1, 2004.**

3. Plaintiff shall disclose experts and provide expert reports by **November 1, 2004.**

4. Defendant shall disclose experts and provide expert reports by **January 31, 2005.**

5. There shall be a maximum of twenty (20) interrogatories by each party to any other party. Responses shall be due thirty (30) days after service.

6. All discovery, including deposition of experts, is to be completed by **March 28, 2005.**

7. The deadline for filing case dispositive motions shall be **April 15, 2005.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **July 15, 2005, at 10:00 a.m.**

9. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **July 25, 2005, at 9:00 a.m. (Case No. 5).**

ENTER this 1st day of September, 2004.

                                                           s/ DAVID G. BERNTHAL
                                                           U.S. MAGISTRATE JUDGE