E-FILED
Thursday, 30 September, 2004  01:50:45 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHELLE M. WALDEN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 04-2066 |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

## UNITED STATES' MOTION TO STRIKE PLAINTIFF'S JURY DEMAND

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and David H. Hoff, Assistant United States Attorney, requests that this Court strike the plaintiff's jury demand in light of the September 14, 2004 opinion rendered in *Holmes v. Potter,* attached to the defendant's memorandum filed in support of this motion that is incorporated herein by reference.

To the best knowledge of the undersigned attorney, this is a case of first impression for this Circuit on this issue.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

2:04-cv-02066-MPM-DGB    # 17    Page 2 of 2

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September 2004, I electronically filed the United States' Motion to Strike Plaintiff's Jury Demand with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert I. Auler
Auler Law Office, P.C.
202 West Green Street
Urbana, IL 61801

s/ David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov