E-FILED
Thursday, 30 September, 2004  01:54:35 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHELLE M. WALDEN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 04-2066 |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| ) | |
| Defendant. ) | |

**UNITED STATES' MEMORANDUM SUPPORTING ITS
MOTION TO STRIKE PLAINTIFF'S JURY DEMAND**

The United States of America, by its attorneys, Jan Paul Miller, United States Attorney for the Central District of Illinois, and David H. Hoff, Assistant United States Attorney, requests that this Court strike the plaintiff's jury demand in light of the September 14, 2004 opinion rendered in *Holmes v. Potter*, attached hereto and incorporated herein.

As stated at pp. 11-12 of the opinion, the Court of Appeals for the Seventh Circuit for the first time applied the reasoning set forth in *Bowden v. United States*, 176 F.3d 552, 555 (D.C. Cir. 1999) as the proper reasoning to hold that a plaintiff is not entitled to trial by jury on a complaint stemming from alleged breaches of EEO settlement agreements, such as the one at issue in the instant case.

This is a case of first impression for this Circuit, to the best knowledge of the undersigned attorney.

For this reason, the United States of America on behalf of the Postmaster General of the United States requests that this Court strike the plaintiff's demand for trial by jury in this case.

Respectfully submitted this 30th day of September 2004.

                      JAN PAUL MILLER
                      UNITED STATES ATTORNEY


BY:    s/David H. Hoff
        DAVID H. HOFF
        United States Attorney
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 30th day of September 2004, I electronically filed the United States' Memorandum Supporting Its Motion to Strike Plaintiff's Jury Demand with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Robert I. Auler
      Auler Law Office, P.C.
      202 West Green Street
      Urbana, IL 61801

      s/ David H. Hoff
      DAVID H. HOFF
      United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone: 217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov