**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION**

| | | |
|---|---|---|
| MICHELLE M. WALDEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-2066 |
| | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

**PROOF OF SERVICE**

I, the undersigned, certify that I served the attached DISCLOSURE by mailing the same, postage prepaid to:

David H. Hoff
Office of the United States Attorney
201 S. Vine, Ste. 226
Urbana, IL 61802-3369

by placing the same in the U.S. Mail at Urbana, Illinois 61801 on October 6, 2004.

                                                                s/Kim Fagin

SUBSCRIBED And SWORN To
before on October 6, 2004.


  s/Sarah Weber_____
Notary Public

AULER LAW OFFICES, P.C.
202 West Green Street
Urbana, Illinois  61801
217-384-3080