**E-FILED**
Monday, 08 November, 2004  11:26:48 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

_____

| | | |
|---|---|---|
| **MICHELLE M. WALDEN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 04-2066** |
| | ) | |
| **UNITED STATES POSTAL SERVICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

A Report and Recommendation (#20) was filed by the Magistrate Judge in the above cause on October 22, 2004. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Lack of Subject Matter Jurisdiction and Failure to State a Cause of Action (#10) is GRANTED.

(2) Defendant's Motion to Strike Plaintiff's Jury Demand (#17) is GRANTED.

(3) Plaintiff is allowed fourteen (14) days to file an amended complaint consistent with the Report and Recommendation.

(4) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 8th day of November, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U. S. DISTRICT JUDGE