IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| MICHELLE M. WALDEN, | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2066 |
| UNITED STATES POSTAL SERVICE, | ) |
| Defendant. | ) |

### SECOND AMENDED COMPLAINT

**COMES NOW** Plaintiff, MICHELLE M. WALDEN, by her attorney, Auler Law Offices, P.C., and for her Amended Complaint, states as follows:

1. Plaintiff Michelle Walden was employed by Defendant as a mail carrier during all times hereto relevant.

2. The lifting and standing involved in Plaintiff's work for Defendant caused her serious medical problems in her lower back.

3. Those medical conditions constituted disabilities because they impaired Plaintiff's ability to work her job.

4. Plaintiff requested the use of platform truck known as a "knutting truck" as a medically necessary accommodation but was denied the same.

5. After being denied Plaintiff filed a complaint with the EEOC.

6. On November 5, 1998, Plaintiff and Defendant entered into a settlement agreement with the EEOC, attached as Exhibit A.

7. Paragraph two (2) of said Settlement Agreement provides that Plaintiff be allowed the use of a knutting truck.

8. Paragraph four (4) of said Settlement Agreement provides that the Postal Service will honor the complainant's current medical restrictions.

9. Contrary to the explicit terms within paragraph two (2) of the parties' Settlement Agreement, beginning with Defendant's relocation to its current location on or about March 12, 1999, Defendant has continuously denied Plaintiff use of platform trucks, "knutting trucks," thereby forcing Plaintiff to bend and lift from a gurney.

10. That contrary to the explicit terms within paragraph four (4) of the parties' Settlement Agreement, beginning with Defendant's relocation to its current location on or about March 12, 1999, Defendant has failed to honor Plaintiff's medical restrictions.

11. Defendant's refusal to honor the Settlement Agreement is motivated by discrimination against Plaintiff on the basis of her disability. Defendant's discriminatory intent is manifested in the fact that Defendant allowed other, non-disabled, workers at Plaintiff's facility to use knutting trucks while simultaneously denying them to Plaintiff.

12. Defendatn's persistent refusal to provide Plaintiff with the accommodations required pursuant to the EEOC settlement agreement, directly and proximately resulted in serious worsening of Plaintiff's aforedescribed medical conditions and disabilities.

13. Plaintiff's conditions have grown so severe that the remedies provided for in the settlement agreement are no longer adequate. Specifically, she can no longer work as a letter carrier even with the knutting trucks.

14. Therefore, it would be futile to seek enforcement of the agreement through administrative channels.

15. Subsequent to Plaintiff's EEOC action, Plaintiff's superiors have verbally abused her, harassed and derided her, and discriminated against her in general, because of her disability and in retaliation for her pursuit of reasonable accommodations through the EEOC.

16. Plaintiff's supervisors remain prejudiced against Defendant and unwilling to implement any reasonable accommodation for Plaintiff absent the compulsion of judicial process.

**WHEREFORE** Plaintiff respectfully requests that the Court:

A. Enter JUDGMENT against Defendant for $10,000, as compensation for harm done, including reimbursement for medical charges, lost wages, the costs of this suit and attorney's fees, and other damages.

B. ORDER any and all other relief to which Plaintiff is entitled under the law.

Respectfully submitted,<br>
Michelle Walden,<br>
Plaintiff,

By: /s Robert Auler
Robert Auler Bar Number: 0082074
Attorney for Plaintiffs
Auler Law Offices, P.C.
202 W. Green St.
Urbana, IL  61801
Telephone: (217) 384 3080
Fax: (217) 384 3022
Email: aulerlaw@yahoo.com

**AULER LAW OFFICES, P.C.**
202 West Green Street
Urbana, Illinois  61801
Tel (217) 384-3080
Fax (217) 384-3022
aulerlaw@yahoo.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| MICHELLE M. WALDEN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 04-2066 |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2004, I electronically filed the foregoing Second Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David H. Hoff; and, I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: (N/A, all parties represented by CM/ECF participants).

/s Robert Auler
Robert Auler Bar Number: 0082074
Attorney for Plaintiffs
Auler Law Offices, P.C.
202 W. Green St.
Urbana, IL 61801
Telephone: (217) 384 3080
Fax: (217) 384 3022
Email: aulerlaw@yahoo.com


SWORN and SUBSCRIBED to
on November 22, BEFORE

*Sarah Weber*

OFFICIAL SEAL
SARAH D. WEBER
Notary Public, State of Illinois
My Commission Exp. 1/5/2008