E-FILED
Wednesday, 01 December, 2004 04:36:20 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

MICHELLE M. WALDEN, )
Plaintiff, )
vs. ) Case No. 04-2066
UNITED STATES POSTAL SERVICE, )
Defendant. )

**CERTIFICATE OF COMPLIANCE**

In compliance with Local Rule 7.1(B)(2), I certify that the United States' Memorandum in Support of Its Motion to Dismiss Plaintiff's Second Amended Complaint for Lack of Subject Matter Jurisdiction and for Failure to State a Valid Cause of Action contains 10,140 characters in compliance with the type volume limitation of 45,000 characters and 1,869 words within the type volume limitation of 7,000 words.

Dated this 1st day of December 2004.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY: s/David H. Hoff

DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of December 2004, I electronically filed the Certificate of Compliance with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Robert I. Auler
Auler Law Office, P.C.
202 West Green Street
Urbana, IL 61801

s/David H. Hoff

DAVID H. HOFF
United States Attorney
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Phone: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov