UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MICHELLE M. WALDEN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 04-2066 |
| UNITED STATES POSTAL SERVICE, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING OR ANSWER TO SECOND AMENDED COMPLAINT PENDING RESOLUTION OF DEFENDANT'S MOTION TO DISMISS SAID COMPLAINT**

The defendant requests an extension of 21 days after this Court rules on the defendant's motion to dismiss the plaintiff's second amended complaint filed simultaneously herewith to answer or otherwise file a pleading or motion in response to said second amended complaint if such a response is required.

Respectfully submitted this 1st day of December 2004.

JAN PAUL MILLER
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 1st day of December 2004, I electronically filed the Defendant's Motion for Extension of Time to File Responsive Pleading or Answer to Second Amended Complaint Pending Resolution of Defendant's Motion to Dismiss Said Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

    Robert I. Auler
    Auler Law Office, P.C.
    202 West Green Street
    Urbana, IL 61801

                                  s/David H. Hoff
                                  DAVID H. HOFF
                                  United States Attorney
                                  201 S. Vine Street, Suite 226
                                  Urbana, Illinois 61802
                                  Phone:  217/373-5875
                                  Fax: 217/373-5891
                                  david.hoff@usdoj.gov