E-FILED
Tuesday, 15 February, 2005  04:56:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| **MICHELLE M. WALDEN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 04-2066 |
| ) | |
| **UNITED STATES POSTAL SERVICE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

On February 3, 2005, the Magistrate Judge filed a Report and Recommendation (#28) in the above cause. The Magistrate Judge recommended that the Defendant's Motion to Dismiss (#23) be GRANTED and this case be terminated.

On February 14, 2005, Plaintiff filed her Objection to the Report and Recommendation (#29). This court has reviewed the Magistrate Judge's reasoning and the Plaintiff's Objection. After a thorough and careful de novo review, this court agrees with and accepts the Report and Recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED:

(1) Defendant's Motion to Dismiss (#23) is GRANTED.

(2) This case is terminated. The final pretrial conference scheduled for July 15, 2005, and the jury trial scheduled for July 25, 2005 are VACATED.

ENTERED this 15th day of February, 2005

s/ Michael P. McCuskey
MICHAEL P. McCUSKEY
CHIEF JUDGE