# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**MICHELLE M. WALDEN,**
    **Plaintifff,**

vs.                                                                 Case Number:  **04-2066**

**UNITED STATES POSTAL SERVICE,**
    **Defendant.**

☐ **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed.

ENTER this 15th day of February, 2005.

s/ John M. Waters

JOHN M. WATERS, CLERK

s/ M. Talbott
BY: DEPUTY CLERK